FILED
At Albuquerque NM
MAR 1 6 2016
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 16-CR-967 JP |
| vs. | ) | 18 U.S.C. § 1703(b): Delay or Destruction of Mail or Newspapers |
| **PHILLIP DURAN,** | ) | CLASS A MISDEMEANOR |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about November 19, 2015 through January 7, 2016, in San Miguel County, in the District of New Mexico, the defendant, **PHILLIP DURAN**, while employed as a Postal Service officer, improperly and unlawfully opened mail not directed to him, lacking authority to do so lawfully.

In violation of 18 U.S.C. § 1703(b).

Respectfully Submitted,

DAMON P. MARTINEZ
United States Attorney

*[signature]*

EVA M. FONTANEZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274